Case 3:25-cr-03465-BJC   Document 14   Filed 09/04/25   PageID.19   Page 1 of 2

FILED
Sep 04 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY     s/AI     DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2024 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '25 CR3465 BJC |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 111 (a) and (b) - Assault on a Federal Officer (Felony) Title 18, U.S.C. Sec. 1361 Destruction of Government Property (Felony) |
| RONALDO NAVA PACHECO, aka Rolando Nava Pacheco, | |
| Defendant. | |

The grand jury charges:

Count 1

On or about August 11, 2025, within the Southern District of California, defendant RONALDO NAVA PACHECO, aka Rolando Nava Pacheco forcibly assaulted a person designated in 18 U.S.C. 1114, that is, Homeland Security Investigations Special Agent S. Tunilla, while such person was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, that is, a car, such acts involving physical contact with Special Agent S. Tunilla; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Count 2

On or about August 11, 2025, within the Southern District of California, defendant RONALDO NAVA PACHECO, aka Rolando Nava Pacheco forcibly assaulted a person designated in 18 U.S.C. 1114, that is, Enforcement and Removal Deportation Officer E. Valle-Mojica, while such person was engaged in and on account of the performance of official duties, using a deadly and dangerous weapon, that is, a car, such acts involving physical contact with Officer E. Valle-Mojica and inflicting

JBA:cms:San Diego:9/3/25

bodily injury; in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## Count 3

On or about August 11, 2025, within the Southern District of California, defendant RONALDO NAVA PACHECO, aka Rolando Nava Pacheco willfully and by means of driving a vehicle into a Homeland Security Investigations vehicle at or near Escondido, California, did injure and commit a depredation against property of the United States and of a department and agency thereof, the Department of Homeland Security, specifically an agency vehicle and the resulting damage to such property exceeds $1,000; in violation of Title 18, United States Code, Section 1361, a felony.

## Count 4

On or about August 11, 2025, within the Southern District of California, defendant RONALDO NAVA PACHECO, aka Rolando Nava Pacheco willfully and by means of driving a vehicle into an Immigrations and Customs Enforcement vehicle at or near Escondido, California, did injure and commit a depredation against property of the United States and of a department and agency thereof, the Department of Homeland Security, specifically an agency vehicle and the resulting damage to such property exceeds $1,000; in violation of Title 18, United States Code, Section 1361, a felony.

DATED: September 4, 2025.

ADAM GORDON
United States Attorney

By: _____
JORDAN B. ARAKAWA
Assistant U.S. Attorney

2