**BRITTANY L. SHERRON**
California State Bar No. 333762
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Brittany_Sherron@fd.org

Attorneys for Mr. Nava Pacheco

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONALDO NAVA PACHECO,<br><br>Defendant. | CASE NO.:   25-CR-3465-BJC<br><br>Hon. Benjamin J. Cheeks<br>Date: October 20, 2025<br>Time: 2:00 p.m.<br><br>JOINT MOTION TO CONTINUE MOTION HEARING DATE |

**IT IS HEREBY AGREED BETWEEN THE PARTIES** that Mr. Nava Pacheco's Motion Hearing currently scheduled for October 20, 2025 at 2:00 p.m. be continued to December 3, 2025 at 2:00 p.m. The parties are requesting a continuance because defense counsel needs additional time to review discovery with Mr. Nava Pacheco and because the discovery process is still ongoing. There is outstanding discovery, including the audio of the inter-agency radio used by the arresting agents. Counsel for each party met and conferred on October 15, 2025.

The parties further agree that time should be excluded to adequately prepare for Mr. Nava Pacheco's defense and in the interests of justice, as well as for a pending discovery motion. *See* 18 U.S.C. § 3161(h)(1)(D) & (7)(A).

Respectfully submitted,

Dated:  October 15, 2025

*s/ Brittany L. Sherron*
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Nava Pacheco
Email:  Brittany_Sherron@fd.org

1
2  Dated:  October 15, 2025            *s/ Jordan Arakawa*
3                                      Assistant United States Attorney
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF AUTHORIZATION TO SIGN ELECTRONIC SIGNATURE

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for the Plaintiff and that I have obtained authorization from AUSA Jordan Arakawa to affix her electronic signature to this document.

*s/ Brittany L. Sherron*
Brittany L. Sherron
Federal Defenders of San Diego, Inc.
Email:  Brittany_Sherron@fd.org