UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 25-CR-3465-BJC |
| Plaintiff, | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING DATE |
| v. | |
| RONALDO NAVA PACHECO, | |
| Defendant. | |

Upon joint motion of the parties, **IT IS HEREBY ORDERED** that the Motion Hearing currently scheduled for October 20, 2025, be continued ***to December 3, 2025, at 2:00 p.m.***

It is further ordered that time should be excluded in the interests of justice and for pending motions. *See* 18 U.S.C. § 3161(h)(1)(D) & (7)(A).

**SO ORDERED.**

DATED:  10/16/2025

HON. BENJAMIN J. CHEEKS
United States District Court Judge